TICE BREYER took no part in the consideration or decision of this petition.

No. 02–8923. IN SOO CHUN v. EMPLOYMENT SECURITY DEPARTMENT OF THE STATE OF WASHINGTON. Ct. App. Wash. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 02–993. BROWN v. UNITED STATES, 537 U. S. 1173;

No. 02–5519. BEALL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 537 U. S. 920;

No. 02–6950. VALDERRAMA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 537 U. S. 1092;

No. 02–7040. GRESHAM v. CHANDLER, WARDEN, ET AL., 537 U. S. 1061;

No. 02–7218. KIM v. MAXEY TRAINING SCHOOL ET AL., 537 U. S. 1123;

No. 02–7575. CLARK v. CALIFORNIA, 537 U. S. 1165;

No. 02–7991. CRAWFORD v. UNITED STATES, 537 U. S. 1166; and

No. 02–8301. IN RE GUNNELL, 537 U. S. 1170. Petitions for rehearing denied.

## APRIL 3, 2003

No. 02A845. HAIN v. MULLIN, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.

No. 02A848. MULLIN, WARDEN v. HAIN. Application to vacate stay of execution of sentence of death entered by the United States Court of Appeals for the Tenth Circuit on April 2, 2003, presented to JUSTICE BREYER, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the stay of execution.